ELSAS *vs.* CLAY.

A petition for *certiorari* does not become a part of the records of the superior court until granted. Therefore, if the exception be to the refusal to grant a *certiorari*, and the petition come up in the record with no other identification than the usual certificate of the clerk, the writ of error will be dismissed.

Practice in Supreme Court. At September Term, 1881.

Clay brought an action on account against Elsas, before a justice of the peace, and recovered judgment. Elsas, being dissatisfied. with the judgment, presented his petition for *certiorari* to the judge of the superior court,. which petition being refused, Elsas excepted, and assigned

the same as error.   The petition for *certiorari* does not appear in the bill of exceptions.   It is there stated that such a petition was  presented on certain grounds, and refused.   The record contains what purports to be the petition.   It is not identified by the signature of the judge.   The clerk in his certificate to the record states that "the foregoing pages contain a true copy of the petition for *certiorari*, copy account, plea," etc.   On motion the writ of error was dismissed, the court announcing the principles stated in the decision.

E. FAW, for plaintiff in error.

RICHARD WINN; GEORGE F. GOBER, for defendant.

JACKSON, Chief · Justice.

This was a  case where the error complained of  was the refusal of  the judge to sanction the *certiorari ;* and a motion to dismiss the  bill  of  exceptions  was  made  on the ground that the petition for *certiorari* was not before this court.   Whether here or  not turns on the point whether the clerk  could certify to the  paper sent up  as that petition, and that  depends  on  the  other  question, was that petition, until granted, a  part  of  the record ?   It was no part of  the record, and therefore the  clerk could  not certify it to this court ; and as the judge does not tell us anywhere that the paper is the  petition he  had  before him, we  cannot tell whether  he erred  or  not in not  granting that petition which was before him.

The writ of  error is dismissed, therefore, for the reason that there is no authentication  by the proper officer, the judge, that the paper sent up  by the clerk is the petition for *certiorari*, which he refused  to  grant,  the  clerk's certificate not being sufficient to identify it, as it had not become and  was not a part of  the record.

Writ of  error dismissed.